William Cook, Plaintiff in Error, v. The State of Florida, Defendant in Error.

(Supreme Court of Florida, *En Banc.*, July 25, 1905.)

Writ of Error to Circuit Court, Nassau County; Rhydon M. Call, Judge.

*H. J. Baker, Sr.*, and *R. P. Carleton*, for plaintiff in Error.

*W. H. Ellis*, Attorney-General, for State.

This a criminal action was brought by the defendant in error against the plaintiff in error.  There was judgment for the plaintiff and the defendant takes writ of error.

It appearing to the court that the plaintiff in error since the issuing of the writ of error in this cause has escaped from the custody of the law and is now a fugitive from justice, on the motion of the Attorney-General, it is ordered that the writ of error be dismissed.